IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50675
Summary Calendar
_____

ALAN LOUIS CHAVIS,

                                              Petitioner-Appellant,

versus

JOE AGUIRRE, Warden,
F.C.P. El Paso,

                                              Respondent-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-97-CV-41
_____

April 21, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Alan Louis Chavis, federal prisoner #26139-080, appeals from
the district court's denial of his 28 U.S.C. § 2241 petition.
Chavis contended that the United States Parole Commission violated
his due process rights by not allowing him an opportunity to rebut
his parole violation charges before all of the hearing examiners.
We have reviewed the record and the district court's opinion and
find no reversible error.  Accordingly, we AFFIRM for essentially
the reasons given by the district court.  Chavis v. Aguirre, No.
EP-97-CA-41-H (W.D. Tex. Aug. 6, 1997).

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.